# ALABAMA COURT OF CRIMINAL APPEALS



August 1, 2025

**CR-2025-0124**
Michael Tyson Lee v. State of Alabama (Appeal from Covington Circuit Court: CC-20-389.63)

## NOTICE

You are hereby notified that on August 1, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk